UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORPORATION, a Delaware corporation; TOM LEYDEN, an individual; MATT GIANNINI, an individual; DAN LEARY, an individual; FELIX AGUAYO, an individual; ALICE CATHCART, an individual,<br><br>Defendants. | Case No.: 5:12-cv-00694-LHK<br><br>ORDER RE EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

On February 17, 2012, counsel for the parties left a vague voicemail with the Courtroom Deputy informing the Court that the parties are "making progress." By 3:00 p.m. on February 17, 2012, the parties shall file a joint status report informing the Court whether Plaintiff agrees to withdraw, without prejudice, its *ex parte* application for a Temporary Restraining Order. Future substantive communications with the Court should be filed in the public record on ECF.

**IT IS SO ORDERED.**

Dated: February 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge