1  Michael Friedland (State Bar No. 157,217); mfriedland@kmob.com
   Boris Zelkind (State Bar No. 214,014); boris.zelkind@kmob.com
2  Adam Powell (State Bar No. 272,275); adam.powell@knobbe.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  12790 El Camino Real
   San Diego, CA  92130
4  Phone: (858) 707-4000
   Facsimile: (858) 707-4001
5
   Attorneys for Plaintiff, SUNPOWER CORPORATION
6
   Ulrico S. Rosales (State Bar No. 139,809); urosales@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
8  Palo Alto, CA 94304-1050
   Phone:  (650) 493-9300
9  Facsimile:  (650) 565-5100

10 Attorneys for Defendant, SOLARCITY CORPORATION

11 David R. Burtt (State Bar No. 201,220); dburtt@obllaw.com
   ONGARO BURTT & LOUDERBACK LLP
12 650 California Street, Fifth Floor
   San Francisco, CA 94108-2739
13 Phone:  (415) 433-3900
   Facsimile:  (415) 433-3950
14
   Attorneys for Defendants, TOM LEYDEN; MATT GIANNINI; DAN LEARY; FELIX
15 AGUAYO; and, ALICE CATHCART

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

                              SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION, a Delaware corporation, | Case No. 5:12cv694 LHK |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| SOLARCITY CORPORATION, a Delaware corporation; TOM LEYDEN, an individual; MATT GIANNINI, an individual; DAN LEARY, an individual; FELIX AGUAYO, an individual; and ALICE CATHCART, an individual, | **CASE MANAGEMENT CONFERENCE** **Date: May 9, 2012** **Time:  2:00 p.m.** **Crtm:  8, 4th Floor, SJ** **Before the Honorable Lucy H. Koh** |
| Defendants. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the initial Case Management Conference, all related dates set forth in the Court's February 13, 2012 Order Setting Initial Case Management Conference and ADR Deadlines [Dkt. No. 22], and the time for all Defendants to answer, move, or otherwise respond in any manner to Plaintiff's Complaint be extended as follows:

| DEADLINE | CURRENT DATE | PARTIES STIPULATE TO EXTEND |
|---|---|---|
| Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 04/18/2012 | 05/30/2012 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | 05/02/2012 | 06/13/2012 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor, SJ at 2:00 PM | 05/09/2012 | 06/20/2012 |
| Last day for all Defendants to answer, move, or otherwise respond in any manner to Plaintiff's Complaint | 05/10/2012 | 06/21/2012 |

**SO ORDERED.**

Dated: April 30, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge

13176953
042512

-1-   [~~Proposed~~] Order to Continue Case Management Conference
5:12cv694 LHK