| | |
|---|---|
| 1 | Michael Friedland (State Bar No. 157,217); mfriedland@kmob.com |
| | Boris Zelkind (State Bar No. 214,014); boris.zelkind@kmob.com |
| 2 | Adam Powell (State Bar No. 272,275); adam.powell@knobbe.com |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 3 | 12790 El Camino Real |
| | San Diego, CA  92130 |
| 4 | Phone: (858) 707-4000 |
| | Facsimile: (858) 707-4001 |
| 5 | |
| | Attorneys for Plaintiff SUNPOWER CORPORATION |
| 6 | |
| | Ulrico S. Rosales (State Bar No. 139,809); urosales@wsgr.com |
| 7 | WILSON SONSINI GOODRICH & ROSATI |
| | 650 Page Mill Road |
| 8 | Palo Alto, CA 94304-1050 |
| | Phone:  (650) 493-9300 |
| 9 | Facsimile:  (650) 565-5100 |
| 10 | Attorneys for Defendant SOLARCITY CORPORATION |
| 11 | David R. Burtt (State Bar No. 201,220); dburtt@obllaw.com |
| | ONGARO BURTT & LOUDERBACK LLP |
| 12 | 650 California Street, Fifth Floor |
| | San Francisco, CA 94108-2739 |
| 13 | Phone:  (415) 433-3900 |
| | Facsimile:  (415) 433-3950 |
| 14 | |
| 15 | Attorneys for Defendants TOM LEYDEN; MATT GIANNINI; DAN LEARY; FELIX AGUAYO; and ALICE CATHCART |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION, a Delaware corporation, | ) Case No. 5:12cv694 LHK |
| | ) |
| | ) **[PROPOSED] ORDER TO CONTINUE** |
| Plaintiff, | ) **CASE MANAGEMENT CONFERENCE** |
| | ) |
| v. | ) |
| | ) **CASE MANAGEMENT CONFERENCE** |
| SOLARCITY CORPORATION, a | ) **Date:  June 20, 2012** |
| Delaware corporation; TOM LEYDEN, an | ) **Time:  2:00 p.m.** |
| individual; MATT GIANNINI, an | ) **Crtm:  8, 4th Floor, SJ** |
| individual; DAN LEARY, an individual; | ) |
| FELIX AGUAYO, an individual; and | ) |
| ALICE CATHCART, an individual, | ) **Before the Honorable Lucy H. Koh** |
| | ) |
| Defendants. | ) **AS MODIFIED** |
| | ) |
| | ) |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the initial Case Management Conference, all related dates set forth in the Court's April 30, 2012 Order to Continue Case Management Conference [Dkt. No. 32], and the time for all Defendants to answer, move, or otherwise respond in any manner to Plaintiff's Complaint be extended as follows:

| DEADLINE | CURRENT DATE | Approved Date |
|---|---|---|
| Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 05/30/2012 | 07/3:/2012 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | 06/13/2012 | 09/47/2012 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor, SJ at 2:00 PM | 06/20/2012 | 08/3/2012 |
| Last day for all Defendants to answer, move, or otherwise respond in any manner to Plaintiff's Complaint | 06/21/2012 | 08/4/2012 |

Any further requests for extensionu"qt"eqpvkpwcpegu will be disfavored.

**SO ORDERED.**

Dated: June 13, 2012

*Lucy H. Koh*

HONORABLE LUCY H. KOH
United States District Judge

IT IS SO ORDERED AS MODIFIED
Lucy H. Koh
Judge Lucy H. Koh

-1-   [Proposed] Order to Continue Case Management Conference
                                                5:12-cv-694 LHK