1  ULRICO S. ROSALES, State Bar No. 139809
   CHARLES T. GRAVES, State Bar No. 197923
2  KORAY J. BULUT, State Bar No. 230298
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: urosales@wsgr.com
6
   Attorneys for Defendant
7  SolarCity Corporation

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  SUNPOWER CORPORATION, a Delaware    )   CASE NO.: CV 12-00694 LHK
    corporation,                         )
13                                       )   [PROPOSED] ORDER TO ALLOW
                   Plaintiff,            )   TELEPHONIC OR SUBSTITUTE
14                                       )   APPEARANCE OF COUNSEL FOR
           v.                            )   SOLARCITY CORPORATION AT
15                                       )   INITIAL CASE MANAGEMENT
    SOLARCITY CORPORATION, a Delaware    )   CONFERENCE
16  corporation; TOM LEYDEN, an individual; )   [L.R. 16-10]
    MATT GIANNINI, an individual; DAN LEARY, )
17  an individual; FELIX AGUAYO, an individual; )   Date: August 1, 2012
    and ALICE CATHCART, an individual,   )   Time: 2:00 p.m.
18                                       )   Dept: 8
                   Defendants.           )
19                                       )   Before: The Honorable Lucy H. Koh
                                         )
20                                       )
                                         )
21                                       )

22

23

24

25

26

27

28  [PROPOSED] ORDER TO ALLOW TELEPHONIC OR        2012-07-24 [Proposed] Order Allowing Telephonic Appearance
    SUBSTITUTE APPEARANCE OF COUNSEL FOR                        of Counsel for SolarCity at CMC.docx
    SOLARCITY CORPORATION AT INITIAL CASE
    MANAGEMENT CONFERENCE [LR. 16-10]
    CV 12-00694 LHK

Pursuant to Civil L.R. 16-10, undersigned counsel for Defendant SolarCity Corporation requests permission to appear telephonically at the Case Management Conference scheduled for this matter on August 1, 2012 or that his colleague, Charles T. Graves, be permitted to attend in his absence.

When the parties filed their Further Stipulation to Continue Case Management Conference [Dkt. No. 39] on June 13, 2012, they requested that the conference be scheduled on August 8, 2012. This date was selected, in part, because of the undersigned counsel's scheduled family vacation the week of July 29, 2012, during which time undersigned counsel will be out of town. The Court scheduled the conference for August 1, 2012.

Because the undersigned counsel is "lead trial counsel" for Defendant SolarCity and must otherwise attend the CMC in person, he requests permission to either appear at the CMC telephonically, or that his colleague Charles T. Graves, a member of the firm, be permitted to appear at the CMC in undersigned counsel's absence.

Dated:  July 24, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Ulrico S. Rosales
      Ulrico S. Rosales
      urosales@wsgr.com

Attorneys for Defendant
SolarCity Corporation

**SO ORDERED.**

Dated:  July 25, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER TO ALLOW TELEPHONIC OR SUBSTITUTE APPEARANCE OF COUNSEL FOR SOLARCITY CORPORATION AT INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-10]
CV 12-00694 LHK

-1-

2012-07-24 [Proposed] Order Allowing Telephonic Appearance of Counsel for SolarCity at CMC.docx