Michael Friedland (State Bar No. 157,217); mfriedland@knobbe.com
Amy Chun (State Bar No. 204,052); achun@ knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor, Irvine, CA 92614
T:  (949) 760-0404; F:  (949) 760-9502

Boris Zelkind (State Bar No. 214,014); boris.zelkind@ knobbe.com
Adam Powell (State Bar No. 272,275); adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real, San Diego, CA  92130
T: (858) 707-4000; F: (858) 707-4001

Attorneys for Plaintiff, SUNPOWER CORPORATION

ULRICO S. ROSALES (State Bar No. 139809); urosales@wsgr.com
CHARLES T. GRAVES (State Bar No. 197923); tgraves@wsgr.com
KORAY J. BULUT (State Bar No. 230298);  kbulut@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road, Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300 / Facsimile:  (650) 565-5100

Attorneys for Defendant SOLARCITY CORPORATION

DAVID R. BURTT (State Bar No. 201220); dburtt@mobilitylegal.com
Mobility Legal P.C.
317 Washington St. #207, Oakland, CA  94607
Telephone:  (415) 433-3902

Attorneys for Defendants TOM LEYDEN, MATT GIANNINI, DAN LEARY, FELIX AGUAYO, and ALICE CATHCART

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SOLARCITY CORPORATION, a Delaware corporation; TOM LEYDEN, an individual; MATT GIANNINI, an individual; DAN LEARY, an individual; FELIX AGUAYO, an individual; and ALICE CATHCART, an individual<br><br>        Defendants. | Case No. 5:12cv694 LHK<br><br>**[PROPOSED] ORDER CONFIRMING DISMISSAL WITH PREJUDICE** |

*1*  The Court, having considered the parties' stipulated dismissal pursuant to Federal

*2*  Rule of Civil Procedure 41(a)(1), and for good cause shown,

*3*  IT IS HEREBY ORDERED that the Court confirms that this action is dismissed with

*4*  prejudice, each party shall bear its own costs, expenses, and attorneys' fees, and the Court

*5*  shall retain jurisdiction to enforce compliance with the parties' confidential settlement

*6*  agreement.

*7*  **IT IS SO ORDERED.**

*9*  Dated : January 28, 2013        By: *Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court Judge

14655829